# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DENISE TAYLOR, and All Those Similarly Situated,** ) ) ) | **CASE NO. 8:07CV493** |
| **Plaintiff,** ) ) | |
| ) | **ORDER** |
| v. ) ) | |
| **AMERICAN FAMILY INSURANCE GROUP, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY,** ) ) ) ) | |
| **Defendants.** ) ) | |

This matter is before the Court on the Plaintiffs' Motion for Enlargement of Time for Plaintiffs to File Response to Defendants' Motion to Dismiss (Filing No. 14). The Plaintiffs' response is currently due on April 7, 2008, and they seek an order extending that date to April 28, 2008. The Plaintiffs represent that the Defendants have no objection to the extension of time. I find that the Plaintiffs' motion should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Motion for Enlargement of Time for Plaintiffs to File Response to Defendants' Motion to Dismiss (Filing No. 14) is granted; and

2. The Plaintiffs response shall be filed on or before April 28, 2008.

DATED this 26th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge