IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENISE TAYLOR, and all those similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | **8:07CV493** |
| **AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY,** | ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

    This matter is before the court on the Notice of Substitution of Counsel [21], substituting attorney W. Christian Hoyer in place of Christa L. Collins. The court construes the notice as an entry of appearance and motion for leave to withdraw. *See* NEGenR 1.3(f).

    **IT IS ORDERED** that the Notice of Substitution of Counsel Withdrawal [21], construed as a motion for leave to withdraw, is granted. The appearance of W. Christian Hoyer is noted on the docket. The court will terminate the appearance of Christa L. Collins and will stop future electronic notices to her in this case.

    **DATED June 2, 2008.**

                                                              **BY THE COURT:**

                                                              s/ F.A. Gossett
                                                              **United States Magistrate Judge**