IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE TAYLOR, and All Those Similarly Situated,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>AMERICAN FAMILY INSURANCE GROUP, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY,   )<br>)<br>)<br>)<br>)<br>Defendants.   ) | CASE NO. 8:07CV493<br><br>ORDER |

This matter is before the Court on the Court's own motion regarding the filing of the Plaintiff's Amended Complaint (Filing No. 17). The filing does not comply with Fed. R. Civ. P. 15(a)(2).[1] Plaintiff has not sought leave of the Court to amend her pleadings and for this reason, Plaintiff's Amended Complaint will be stricken. Accordingly,

IT IS ORDERED:

1. The Clerk's Office shall strike Plaintiff's Amended Complaint (Filing No.17);

2. Plaintiff shall have until June 9, 2008, to file a motion for leave to file an amended complaint and jury demand and shall attach a copy of the proposed complaint in accordance with NECivR 15.1;

3. Defendants shall then have until June 16, 2008, to respond to Plaintiff's motion and to address whether the proposed complaint will affect any issues raised in Defendants' Motion to Dismiss (Filing No. 12) which is pending before the Court;

---

[1] In Filing No. 16, the Court extended the time for Plaintiff to file a response to Defendants' Motion to Dismiss (Filing No. 12). Plaintiff responded by filing an Amended Complaint (Filing No. 17). Plaintiff is referred to NECivR 7.1(b).

4.       Defendants' Motion to Dismiss Amended Complaint (Filing No. 18) is denied as moot; and

5.       Plaintiff's Motion for Enlargement of Time (Filing No. 24) is denied as moot.

DATED this 3rd day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge