IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE TAYLOR, and All Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE GROUP, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 8:07CV493<br><br>ORDER |

This matter is before the Court on the Defendants' Motion for Reconsideration (Filing No. 28). Defendants seek reconsideration of the Court's June 9, 2008, Order (Filing No. 26), specifically that portion of the Order granting Plaintiff's Motion for Enlargement of Time (Filing No. 24) and allowing Plaintiff to file her response to Defendants' Motion to Dismiss the Plaintiff's Amended Complaint by June 26, 2008. Given the circumstances of the Court's June 9, 2008, Order,[1] the Court ruled on the Plaintiff's motion before the Defendants had an opportunity to respond.

I have considered the Defendants' Motion for Reconsideration and the supporting brief, and I am cognizant of their concerns about prolonged litigation. Nevertheless, I reach the same conclusion – that the Plaintiff's Motion for Enlargement of Time should be allowed. The Court assures both parties that upon receipt of all briefs in the matter, the Court will give Defendants' Motion to Dismiss the Amended Complaint prompt attention.

---

[1] In the June 9, 2008, Order (Filing No. 26) the Court directed the Clerk's Office to strike the Court's June 3, 2008, Order and reinstated Plaintiff's Motion for Enlargement of Time. The earlier order had denied Plaintiff's motion as moot.

Accordingly,

    IT IS ORDERED: Defendants' Motion for Reconsideration (Filing No. 28) is denied.

Dated this 11th day of June, 2008.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge