IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DENISE TAYLOR, and All Those Similarly Situated,**  )<br>)<br>**Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>**AMERICAN FAMILY INSURANCE GROUP, and AMERICAN FAMILY MUTUAL INSURANCE COMPANY,**  )<br>)<br>**Defendants.**  )<br>)<br>)<br>)<br>)<br>) | **CASE NO. 8:07CV493**<br><br>**ORDER** |

This matter is before the Court on the Defendants' Motion for Leave to Respond (Filing No. 32). The Defendants are requesting that they be given until July 7, 2008, to file a response to the Plaintiff's brief in opposition to the Defendant's Motion to Dismiss Amended Complaint. The Local Rules allow the moving party to file a reply brief within five (5) business days of the filing of the non-moving party's opposing brief. NECivR 7.1(c) The Plaintiff's opposing brief (Filing No. 31) was filed on June 26, 2008, triggering a July 3, 2008, deadline for the Defendants' reply brief. In light of NECivR 7.1(c), the Defendants' motion (Filing No. 32) shall be construed as a motion for extension of time. Given the reasonableness of the request for a one day extension and previous orders granting extensions for the Plaintiff in this matter, I will grant the Defendants' motion without awaiting a response from the Plaintiff. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion for Leave to Respond (Filing No. 32) will be construed as a motion for extension of time, and as such, is granted; and

2. The Defendants' reply shall be filed on or before July 7, 2008, at which time the matter will be ripe for decision.

DATED this 2nd day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge